IN THE CIRCUIT COURT OF ST. CLAIR COUNTY, ALABAMA

| | |
|---|---|
| SARAH BROWN, | ) |
|    Plaintiff, | ) ) ) |
| v. | )    CASE NO. 2017-000071 ) |
| LOWES COMPANIES, INC., et al., | ) ) |
|    Defendants. | ) |

## NOTICE OF FILING NOTICE OF REMOVAL

COMES NOW the Defendant identified in the Complaint as Sedgwick Claims Management Services, Inc., ("Sedgwick"), and respectfully files this Notice of Filing Notice of Removal. In support hereof, this Defendant states as follows:

1. Pursuant to 28 U.S.C. § 1446(d), Defendant hereby gives notice to the Circuit Court of St. Clair County, Alabama and all Parties hereto that it has filed a Notice of Removal in the United States District Court for the Northern District of Alabama, Middle Division. Attached hereto as Exhibit "1" is a copy of the Notice of Removal.

Respectfully Submitted,

s/ M. Warren Butler
M. Warren Butler – BUT021
Stephen W. Still, Jr. – STI025
Starnes Davis Florie, LLP
P.O. Box 598512
Birmingham, AL 35259-8512
Telephone: (205) 868-6000
Fax: (205) 868-6099
E-mail: mwb@starneslaw.com
E-mail: sws@starneslaw.com

{B2492805}

OF COUNSEL:
Starnes Davis Florie, LLP
Seventh Floor, 100 Brookwood Place
P.O. Box 598512
Birmingham, AL 35259-8512
Telephone: (205) 868-6000
Fax: (205) 868-6099

## CERTIFICATE OF SERVICE

I hereby certify that on May 25, 2017, I filed the foregoing with the Clerk of the Court and served the following electronically and/or by U.S. Mail, postage prepaid:

Tommy Allen French, Esq.
Robert B. French, Jr., P.C.
P.O. Box 680596
Fort Payne, AL  35968

Chris Dorough, Esq.
Carr Allison
100 Vestavia Parkway
Birmingham, AL  35216

Charles A. Stewart III, Esq.
Bradley Arant
445 Dexter Avenue, Suite 9075
Montgomery, AL  36104

s/ M. Warren Butler
Of Counsel